UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA MENDOZA VASQUEZ, individually and on behalf of others similarly situated,

Plaintiff,

-against-

BIRRIALES INC., et al.,

Defendants.

26-CV-6957 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's August 17, 2026 Order, the parties were required to file a joint letter, the contents of which are described in the order, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by November 16, 2026.

SO ORDERED.

Dated: November 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge